THE STATE OF OHIO, APPELLEE, *v.* COBB, APPELLANT.

[Cite as *State v. Cobb* (1994), 69 Ohio St.3d 1220.]

(No. 93–899—Submitted May 24, 1994—Decided July 13, 1994.)

---

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

*Gold, Rotatori, Schwartz & Gibbons Co., L.P.A.,* and *John S. Pyle,* for appellant.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting.  We have already excluded teachers from being authority figures and there was no force or threat of force here.  Therefore, I would reverse the judgment of the court of appeals.